186 So. 917

### Bletcher CAUDLE v. CITY OF SYLACAUGA.

7 Div. 461.

Court of Appeals of Alabama.
Jan. 17, 1939.

J. Foreman Smith, of Sylacauga, for appellant.

J. B. Sanford, of Talladega, for appellee.

SAMFORD, Judge.
Affirmed.

176 So. 920

### J. B. CAUTHEN v. STATE.

4 Div. 385.

Court of Appeals of Alabama.
Nov. 9, 1937.

RICE, Judge.
Appeal dismissed.

176 So. 920

### Link CAUTHEN v. STATE.

4 Div. 384.

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Appeal dismissed.

178 So. 922

### Charles A. (alias Foots) CHAMBERS v. STATE.

7 Div. 370.

Court of Appeals of Alabama.
Jan. 18, 1938.

RICE, Judge.
Affirmed.

185 So. 919

### William CHAMBERS, alias Willie Duke v. STATE.

6 Div. 292.

Court of Appeals of Alabama.
Dec. 13, 1938.

James G. Adams, Jr., of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

178 So. 922

### Mary, alias Mary Francis, CHANDLER v. STATE.

8 Div. 578.

Court of Appeals of Alabama.
Feb. 1, 1938.

BRICKEN, Presiding Judge.
Affirmed.